B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Lisa R Hanks**                                                                  Case No.
                           Debtor(s)                                                    Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Sheffield Financial Corp. | **Describe Property Securing Debt:**<br>Bennche Bighorn Utility Vehicle<br>Title and Loan are held jointly with ex-husband Darin Hanks<br>Location: 2251 Greencrest Way, Lancaster OH 43130 |

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt         ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Toyota Motor Credit Corp. | **Describe Property Securing Debt:**<br>2013 Toyota Camry<br>Mileage: 47,000<br>Location: 2251 Greencrest Way, Lancaster OH 43130 |

Property will be (check one):
☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt         ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Toyota Motor Credit Corp.** | **Describe Leased Property:**<br>**2013 Toyota Corolla vehicle lease**<br>**Lease term ends May 2016**<br>**Lease payment is $315.36 per month** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **October 23, 2015**        Signature    **/s/ Lisa R Hanks**
                                               **Lisa R Hanks**
                                               Debtor